**616**

for the Second Circuit denied. *Mr. Abraham Wilson* for petitioner. *Mr. Leo J. Linder* for respondent.

No. 157. CONTINENTAL OIL CO. *v.* OSAGE OIL & REFINING CO. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, Peter Q. Nyce, Ray S. Fellows, D. A. Richardson, Wm. H. Zurick,* and *Samuel D. McIntosh* for petitioner. *Messrs. J. E. Whitehead, W. F. Wilson,* and *R. E. Owens* for respondent.

No. 305. CONTINENTAL OIL CO. *v.* OSAGE OIL & REFINING CO. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Chester I. Long, David A. Richardson, Samuel W. McIntosh, Ray S. Fellows, Peter Q. Nyce,* and *Wm. H. Zurick* for petitioners. No appearance for respondents.

No. 159. RORICK ET AL. *v.* CENTRAL FARMERS TRUST CO., TRUSTEE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Harold W. Fraser* and *Bert Winters* for petitioners. No appearance for respondent.

Nos. 160 and 161. AMERICAN SURETY CO. *v.* SANTA BARBARA ET AL. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William C. Mathes* for petitioner.